Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

United States District Court
Southern District of Texas
FILED
JAN -5 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA §
§
vs §
§ CRIMINAL NO. B 21-013
DANIEL AMARO §
JAVIER RUVALCABA-RODRIGUEZ §
§
JANET AIDE RUVALCABA §

Partially UN-SEALED 2-8-21

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT ONE**

From on or about January 1, 2018 through on or about the date of the Indictment, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, defendants,

DANIEL AMARO,
JAVIER RUVALCABA-RODRIGUEZ,

JANET AIDE RUVALCABA,

did knowingly and intentionally agree, combine, conspire, and confederate with each other and with others known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The overall scope of the conspiracy involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

**COUNT TWO**

On or about August 18, 2019 in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**DANIEL AMARO,**
**JAVIER RUVALCABA-RODRIGUEZ,**

**JANET AIDE RUVALCABA,**

did knowingly and intentionally possess with intent to distribute a quantity of five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT THREE**

On or about September 28, 2019 in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**DANIEL AMARO,**

did knowingly and intentionally possess with intent to distribute a quantity of five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

**COUNT FOUR**

On or about September 29, 2019 in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**DANIEL AMARO.**

did knowingly and intentionally possess with intent to distribute a quantity of five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT FIVE**

From on or about January 1, 2018, through on or about the date of the Indictment in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, the Defendants,

**DANIEL AMARO,**
**JAVIER RUVALCABA-RODRIGUEZ,**

**JANET AIDE RUVALCABA,**

did knowingly combine, conspire, and agree with others known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit:

to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce which transactions involved the proceeds of specified unlawful activity, the conspiracy and possession with intent to distribute of controlled substances, knowing that the transactions were designed in whole and in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions, represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

and

to transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument or funds involving the proceeds of specified

unlawful activity, that is, the conspiracy and possession with intent to distribute of controlled substances, from a place in the United States to or through a place outside the United States, that is Mexico, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i).

In violation of Title 18, United States Code, Section 1956(h).

Manner and Means of the Money Laundering Conspiracy

Within the conspiracy and by agreement,

would coordinate the sale of cocaine from Mexico to **JAVIER RUVALCABA-RODRIGUEZ** in the United States. **DANIEL AMARO** would deliver the narcotics to **JAVIER RUVALCABA-RODRIGUEZ** and **JANET AIDE RUVALCABA.** **JAVIER RUVALCABA-RODRIGUEZ** and **JANET AIDE RUVALCABA** would then instruct to pay

by delivering United States Currency to **DANIEL AMARO. DANIEL AMARO**, at the direction of

would facilitate the delivery of the United States Currency, which represented the payment for the cocaine, to

in Mexico.

**NOTICE OF CRIMINAL FORFEITURE**
[Title 21, United States Code, Section 853]

Pursuant to Title 21, United States Code, Section 853, the United States gives notice to the Defendants, **DANIEL AMARO, JAVIER RUVALCABA-RODRIGUEZ, JANET AIDE RUVALCABA,** and that in the event of a conviction for a violation of Title 21, United States Code, Sections 846 or 841, the following are subject to forfeiture:

(1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses; and

(2) all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

**NOTICE OF CRIMINAL FORFEITURE**
[Title 18, United States Code, Section 982(a)(1)]

Pursuant to Title 18, United States Code, Section 982(a)(1), the United States gives notice to the Defendants, **DANIEL AMARO, JAVIER RUVALCABA-RODRIGUEZ,** and **JANET AIDE RUVALCABA,** that in the event of conviction of an offense in violations of Title 18, United States Code, Section 1956, all property, real or personal, involved in the offense, or traceable to such property, is subject to forfeiture.

**PROPERTY SUBJECT TO FORFEITURE**

Defendants **JAVIER RUVALCABA-RODRIGUEZ** and **JANET AIDE RUVALCABA** are notified that the property subject to forfeiture includes, but is not limited to, the following:

The real property, including all improvements and appurtenances, located at 450 Bobcat, San Benito, Texas 78586-9365 and legally described as:

LOT 60, BLOCK 8, BARREDA GARDENS NO. 2, AS SHOWN BY THE MAP OR PLAT THEREOF RECORDED IN VOLUME 8, PAGE 20, MAP RECORDS, CAMERON COUNTY, TEXAS.

**MONEY JUDGMENT; SUBSTITUTE ASSETS**

The United States may seek the imposition of a money judgment. In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant in substitution up to the total value of the property subject to forfeiture.

A TRUE BILL:

__________________________________
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

Karen Betancourt
Assistant United States Attorney